In the Matter of CENTRAL HUDSON GAS AND ELECTRIC CORPORATION, Appellant, against H. MORGENTHAU, JR., et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.

(Argued April 25, 1932; decided May 10, 1932.)

*R. L. vonBernuth, W. F. Reardon* and *A. T. Clearwater* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Frank T. Fitzgerald* of counsel), for the city of New York, respondent.

*John J. Bennett, Jr., Attorney-General (Charles E. McManus* of counsel), for Water Power and Control Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: KELLOGG, J.